*E-Filed 3/20/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN SPRULL, | No. C 12-0879 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This federal civil rights action was opened in error. Accordingly, the action is DISMISSED. The Clerk shall enter judgment in favor of defendant, and close the file. No filing fee is due.

**IT IS SO ORDERED**.

DATED: March 20, 2012

_____
RICHARD SEEBORG
United States District Judge